UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

IN THE MATTER OF THE COMPLAINT,

- of -

STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,

                Petitioner.

Civil Action No.:

---

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325 (hereinafter, "Petitioner") by his attorneys HOLBROOK & MURPHY, as and for his Complaint seeking Exoneration from or Limitation of Liability, alleges upon information and belief as follows:

1. This is a proceeding for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501 *et seq*., involving admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, as hereinafter more fully appears.

2. Petitioner is the owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325 (hereinafter, the "Vessel").

3. On or about June 23, 2019 between 2:00 a.m, and 3:00 a.m., the Vessel was docked at Tashmoo Boatyard upon the navigable waters of the United States, on Lake Tashmoo in Tisbury, Massachusetts when a fire began. The Vessel was burned in the fire. The cause of the fire is unknown.

Case 1:19-cv-12553-FDS   Document 1   Filed 12/20/19   Page 2 of 5

4. GEICO Marine Insurance Company, John Hobby, and Tashmoo Boatyard & Marine Service indicated to Petitioner's insurer that they have property damage claims allegedly resulting from the June 23, 2019 fire.

5. Petitioner anticipates that claims asserted against him will exceed the amount of Petitioner's interest in the Vessel on the date of the fire.

6. Any claim or claims, injuries, losses, damages or expenses arising from the fire were not due to any fault, neglect, or want of care of Petitioner and occurred without Petitioner's privity or knowledge.

7. The value of the Vessel after the fire was determined to be $1,000. (EXHIBIT A, "Vessel Appraisal").

8. Petitioner, pursuant to Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, offers an *Ad Interim* Security in the amount of $1,000, said amount being not less than the Petitioner's interest in the post-fire value of the Vessel on the date of the fire. (EXHIBIT B, "*Ad Interim* Security").

9. Venue in this district is proper.

10. Petitioner commenced this proceeding within six(6) months of written notice of claim.

11. Petitioner is entitled to Exoneration from Liability for any claims arising from the aforementioned fire, and from any and all claims that have been or may hereafter be made, and Petitioner alleges that he has valid defenses thereto on the facts and law.

12. Petitioner claims, in the alternative, the benefit of Limitation of Liability to the post-fire value of the Vessel provided by 46 U.S.C. §30501 *et seq*., and the various statutes

2

supplementary thereto and amendatory thereof.

13. Petitioner has provided security herewith in the form of an *Ad Interim* Security sufficient to cover its interest in the Vessel, with surety (*Ad Interim* Security), for payment into Court whenever the same shall be ordered, as provided for by the aforesaid statute and by Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and by the rules and practices of this Court.

**WHEREFORE**, Petitioner, STEPHEN SCHULTZ, prays:

(1) That this Honorable Court adjudge that Petitioner is not liable for any claims, injury, and/or loss arising out of the June 23, 2019 fire, and is therefore entitled to exoneration from liability,

(2) If Petitioner is adjudged liable, that such liability be limited to the Petitioner's interest in the post-fire value of the Vessel as aforesaid plus security for costs, and that Petitioner be discharged therefrom upon the surrender of such interest, and that the money surrendered, paid or secured as aforesaid, to be divided pro-rata according to the above-mentioned statutes among such Claimant(s) as may duly prove their claim saving to all parties any priorities to which they may be legally entitled, and that a decree may be entered discharging Petitioner from all further liability.

(3) That this Court issue an Order (Exhibit C, "proposed Order") to include the following:

   (a) Directing the issuance of Notice to all persons asserting claims with respect to the June 23, 2019 fire, which this Complaint seeks Exoneration from or Limitation of Liability to file their respective claims with the Clerk of this Court and to serve undersigned counsel for Petitioner a copy on or before a date to be named in the Notice.

     (Exhibit D, "proposed Notice").

  (b)  Directing Petitioner to file an *Ad Interim* Security as security for the benefit of any and all Claimants, in the amount of Petitioner's interest in the post-fire value of the Vessel as of the date of the fire, with interest at the rate of 6% per annum from the date of said security or whenever the Court shall so order.

  (c)  Directing that upon Petitioner's filing of an *Ad Interim* Security, an injunction shall issue enjoining the prosecution against Petitioner, their representatives, insurers, and the Vessel of any and all claims, suits, action or proceedings, whether or not already begun, with respect to the fire, except in this proceeding.

 (4)  That Petitioner may have such other and further relief as the justice of the cause may require.

Dated: Boston, Massachusetts
    December 20, 2019

                 Respectfully Submitted,
                 Petitioner, STEPHEN SCHULTZ,
                 By his attorneys,

                 */s/ Samuel P. Blatchley*
                 Robert J. Murphy BBO# 557659
                 Samuel P. Blatchley BBO# 670232
                 Holbrook & Murphy
                 238-240 Lewis Wharf
                 Boston, MA 02110
                 (617) 428-1151
                 rmurphy@holbrookmurphy.com
                 sblatchley@holbrookmurphy.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2019, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          /s/ *Samuel P. Blatchley*
                                          Samuel P. Blatchley BBO# 670232
                                          Holbrook & Murphy
                                          238-240 Lewis Wharf
                                          Boston, MA 02110
                                          (617) 428-1151
                                          sblatchley@holbrookmurphy.com