# EXHIBIT A



December 9, 2019

Mr. Joseph R. Federici
Rubin, Fiorella, Friedman & Mercante, LLP
630 Third Avenue, 3rd Floor
New York, New York 10017

**Re:** M.Y. "Schultz Sea"
Valuation as of June 25, 2019
Our Project No. WT-25967

Dear Mr. Federici:

Reference is made to the above-mentioned vessel and your request to provide an opinion on its value following a fire that occurred while the vessel was docked at Tashmoo Boatyard in Tisbury, Martha's Vineyard, Massachusetts on June 23, 2019. The valuation is provided as of the date of our attendance at Tashmoo Boatyard to survey the vessel, June 25, 2019.

Narrative

The following was reported and understood:

The subject vessel, "Schultz Sea," is a 2018-built Pursuit 325 Dual Console pleasure craft with twin outboard engines and is outfitted with an assortment of custom add-ons, gear, and other implements and devices.

The vessel is owned by Mr. Stephen Schultz.

In the early morning of Sunday, June 23, 2019, the "Schultz Sea" was docked in the furthest outboard slip on the south side of the main dock at Tashmoo Boatyard in Tisbury. It was connected to shore power.

Between approximately 0200 and 0300 hours on June 23, 2019, a neighbor reportedly heard an explosive sound and then observed that at least one boat was on fire at the dock.

The incident was called in to emergency responders at approximately 0310 hours.

The fire also spread to a nearby vessel, "Lofty," and caused additional cosmetic damage to a third vessel and some dock piles.

On June 25, 2019, we attended at Tashmoo Boatyard to survey the vessel damage.

Following our attendance, the vessel was inspected by an expert fire investigator, Mr. William Nolan, of Fire Origin & Cause Unlimited Services (FOCUS), Inc.

M.Y. "Schultz Sea"   Our Project No. WT-25967



### Valuation:

The subject vessel was surveyed on June 25, 2019 and found to be fire-affected over a majority of its visible above-water surfaces, with most fitted equipment, electronic and otherwise, found destroyed or burned beyond repair. Only the propellers and portions of the lower units on the outboard engines appeared to be unscathed.

Based on the condition of the vessel as observed, and the estimated value of any intact equipment that may be salvageable from the wreckage, our opinion of the subject vessel's Fair Market Value is in the region of **$1,000.00**.

### Surveyor's Notes:

1. This letter is provided in response to a request from Mr. Joseph R. Federici to provide a valuation for the subject vessel following the subject fire.

2. Values are statements of opinion. No guarantee can be given that opinions of value will be sustained or that they will be realized in actual transactions.

3. The value given in this letter is for the stated valuation date.

4. Value is considered based upon the economic value of parts that can be reasonably salvaged and reused (e.g. propellers).

5. No determination of stability characteristics or inherent structural integrity has been made, and no opinion is expressed with respect thereto.

6. The Fair Market Value is defined as the estimated amount, expressed in terms of money, which may reasonably be expected for a property in exchange between a willing buyer and seller with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts as of a specific date.

This valuation was performed without prejudice.

MARTIN, OTTAWAY, van HEMMEN & DOLAN, INC.

Kyle Antonini, Surveyor