# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

IN THE MATTER OF THE COMPLAINT,

    - of -

STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,

                    Petitioner.

Civil Action No.:

---

## *AD INTERIM* SECURITY FOR VALUE

**WHEREAS,** Petitioner, STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325 (hereinafter "the Vessel") is instituting a proceeding in this Court for Exoneration from or Limitation of Liability in connection with a fire which occurred on June 23, 2019; and

**WHEREAS**, Petitioner's Vessel was upon the navigable waters of the United States on June 23, 2019, on Lake Tashmoo, as more fully described in the Complaint, when a fire occurred resulting in claims for loss as more fully set forth in the Complaint filed herein; and

**WHEREAS,** Petitioner wishes to provide this *Ad Interim* Security in the amount of the post-incident value of the Vessel, as security for any and all claims arising from the incident as described in the Complaint; and

**WHEREAS,** the post-incident value of Petitioner's interest in the Vessel described above has been fixed at **$1,000** on the date of the incident, as appears in **Exhibit "A"** to the Complaint filed herein;

**NOW, THEREFORE,** in consideration of the premises, **EVEREST NATIONAL**

**INSURANCE COMPANY**, issuer of the Recreational Marine Policy #SY00001513-191, insuring the subject Vessel, having an office and place of business at 477 Martinsville Road, P.O. Box 830, Liberty Corner, NJ 07938-0830, hereby undertakes in the sum of **$1,000** with interest thereon at the rate of 6% per annum from the date hereof. If this security is contested, then within thirty (30) days after entry of an Order confirming the report of an independent marine surveyor appointed by the Court to appraise the value of the Vessel, **EVEREST NATIONAL INSURANCE COMPANY** will file in this proceeding a revised *Ad Interim* Security conforming to such appraised value up to the hull insurance limits of liability in the policy, and in the interim, this *Ad Interim* Security shall stand as security for all Claims filed in said limitation of liability proceeding;

**FURTHERMORE**, solely for the limited purposes of any suit based upon this *Ad Interim* security, **EVEREST NATIONAL INSURANCE COMPANY** hereby submits itself to the jurisdiction of this Court and designates Robert J. Murphy of Holbrook & Murphy, its agent for service of process, and **EVEREST NATIONAL INSURANCE COMPANY** agrees, together with the Petitioner, to pay the amount awarded by the final decree rendered by this Court, or an Appellate Court if an appeal intervenes, up to the principal amount of this security, with interest as aforesaid, unless the value of the Vessel shall have been paid into court or a bond or revised *Ad Interim* Security thereof shall have been given as aforesaid, and/or exoneration or limitation is denied or the merits are settled, in which event this Security shall be void.

**FURTHERMORE,** it is understood and agreed that the execution of this *Ad Interim* Security by the undersigned shall be binding only upon **EVEREST NATIONAL INSURANCE COMPANY** as aforesaid.

**EVEREST NATIONAL INSURANCE COMPANY**

*Jody Gibson* (signature)

JODY GIBSON
Claims Adjuster
Smooth Waters Consultants & Adjusters
for Everest National Insurance Company

STATE OF TEXAS           )
                         ) ss.:
COUNTY OF HARRIS         )

On this 17th day of December, 2019, before me personally came Jody Gibson, being by me duly sworn, did depose and say that she executed the foregoing *Ad Interim* Security, and that she executed same pursuant to their official powers and duties.

Sworn to before me this 17th day of December, 2019

*Kathy M. Mitchener* (signature)

KATHY M MITCHENER
Notary ID #128164261
My Commission Expires
February 3, 2022

3