# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT,<br><br>- of -<br><br>STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,<br><br>Petitioner. | Civil Action No.:<br><br>**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABLITY** |

**PLEASE TAKE NOTICE** that STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, has filed a Complaint claiming the right to Exoneration from or Limitation of Liability ("Complaint") pursuant to U.S. maritime law, the vessel owner's Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.*, involving admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedures, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, for all claims, injuries, losses, damages or expenses, arising or resulting from a fire, which occurred on or about June 23, 2019 on the navigable waters of the United States, on Lake Tashmoo, as more fully described in the Complaint; and

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations, having any claim or suit against Petitioner arising or resulting from the casualty must file a Claim as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and must deliver or mail to the attorneys for the Petitioner, Robert J.

Murphy, Holbrook & Murphy, 238-240 Lewis Wharf, Boston, MA 02110 a copy on or before the \_\_\_\_ **DAY OF** _____**, 20**\_\_ or be defaulted. Personal attendance is not required. Further, any claimant desiring to contest Petitioner's right either to Exoneration from or Limitation of Liability shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioner, or be defaulted.

Dated:

_____

Deputy Clerk