UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT,<br><br>- of -<br><br>STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,<br>                                Petitioner. | Civil Action No.:<br><br>**MOTION FOR ORDER RESTRAINING SUITS, APPROVING PETITIONER'S SECURITY, DIRECTING ISSUE OF NOTICE AND THE FILING OF CLAIMS** |

NOW COMES, STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325 (hereinafter, "Petitioner") by his attorneys HOLBROOK & MURPHY, and respectfully requests that this court issue an Order Restraining Suits, Approving Petitioner's Security, and Directing Issue of Notice and the Filing of Claims. In support of her Motion, Plaintiff submits the following.

On or about December 19, 2019, Petitioner, as owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325 (hereinafter, the "Vessel").petitioned this court for Exoneration from or Limitation of Liability, pursuant to 46 U.S.C. §§ 30501, et seq. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure concerning any alleged claims, damages, and/or losses arising out of a fire involving the Vessel on or about June 23, 2019, as more fully described in the Complaint.

In accordance with Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, the Petitioner's Complaint states the facts and circumstances upon which Exoneration from or Limitation of Liability is claimed. Petitioner also states that it appears that claims may be made against the Plaintiff and/or

the Vessel for losses, damages, casualties or injuries alleged to have been sustained during the fire on the Vessel which was on navigable waters.

Plaintiff engaged Kyle Antonini of Martin, Ottaway, van Hemmen & Dolan, Inc. to establish the post-casualty value of the Vessel and her pending freight. Mr. Antonini and Martin, Ottaway, van Hemmen & Dolan, Inc. are experienced Marine Consultants, Engineers, Surveyors, Naval Architects and Appraisers. Based upon his inspection of the Vessel and his professional judgment, Mr. Antonini opines that the post-casualty value of the Vessel and her pending freight is $1,000. A copy of the Vessel Appraisal is attached to the Complaint as Exhibit A.

Plaintiff also undertakes to deposit with the court within thirty (30) days of this Order the amount of $250.00 as security for costs in accordance with Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

**WHEREFORE**, Petitioner, STEPHEN SCHULTZ, prays:

(1) That this Court issue an Order (Exhibit C to the Complaint, "proposed Order") to include the following:

   (a) Directing the issuance of Notice to all persons asserting claims with respect to the June 23, 2019 fire, which this Complaint seeks Exoneration from or Limitation of Liability to file their respective claims with the Clerk of this Court and to serve undersigned counsel for Petitioner a copy on or before a date to be named in the Notice. (Exhibit D to the Complaint, "proposed Notice").

   (b) Directing Petitioner to file an *Ad Interim* Security as security for the benefit of any and all Claimants, in the amount of Petitioner's interest in the post-fire value of the Vessel as of the date of the fire, with interest at the rate of 6% per annum from the date of said security or whenever the Court shall so order.

   (c) Directing that upon Petitioner's filing of an *Ad Interim*

        Security, an injunction shall issue enjoining the prosecution against Petitioner, their representatives, insurers, and the Vessel of any and all claims, suits, action or proceedings, whether or not already begun, with respect to the fire, except in this proceeding.

(2)    That Petitioner may have such other and further relief as the justice of the cause may require.

Dated: Boston, Massachusetts
December 19, 2019

Respectfully Submitted,
Petitioner, STEPHEN SCHULTZ,
By his attorneys,

*/s/ Samuel P. Blatchley*
Robert J. Murphy BBO# 557659
Samuel P. Blatchley BBO# 670232
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
rmurphy@holbrookmurphy.com
sblatchley@holbrookmurphy.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Samuel P. Blatchley*
Samuel P. Blatchley BBO# 670232
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
sblatchley@holbrookmurphy.com