UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

IN THE MATTER OF THE COMPLAINT,         Civil Action No. 1:19-cv-12553

- of -

STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,

           Petitioner.

_____

## MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

In accordance with the provisions of Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Samuel P. Blatchley, respectfully move that James E. Mercante and Joseph R. Federici be permitted to appear and practice in this Court *pro hac vice* as counsel to Petitioner Stephen Schultz. Messrs. Mercante and Federici are attorneys with the firm of Rubin, Fiorella, Friedman and Mercante LLP, 630 Third Avenue, New York, New York 10017.

In support of the motion, I state the following:

1. I am a partner in the law firm of Holbrook & Murphy. I am a member in good standing of the bar of the United States District Court for the District of Massachusetts, and of the bars in every jurisdiction in which I am admitted to practice. I have filed an appearance in this action, and act as local counsel for Petitioner Stephen Schultz.

2. In their Affidavits, which I am filing with this Motion, Messrs. Mercante and Federici certify that they are members of the bar in good standing in every jurisdiction where they have been admitted to practice, including the United States District Court for the Southern District of New York; there are no disciplinary proceedings pending against either of them as a member of any

bar in any jurisdiction; and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: Boston, Massachusetts
January 9, 2020

                                  Respectfully Submitted,
                                  *Petitioner, STEPHEN SCHULTZ,*
                                  *By his attorneys,*

                                  */s/ Samuel P. Blatchley*
                                  Robert J. Murphy BBO# 557659
                                  Samuel P. Blatchley BBO# 670232
                                  Holbrook & Murphy
                                  238-240 Lewis Wharf
                                  Boston, MA 02110
                                  (617) 428-1151
                                  rmurphy@holbrookmurphy.com
                                  sblatchley@holbrookmurphy.com