UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT,<br><br>- of -<br><br>STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability,<br><br>Petitioner. | Civil Action No. 1:19-cv-12553 |

---

### AFFIDAVIT OF JAMES E. MERCANTE IN SUPPORT OF MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

I, James E. Mercante, hereby depose and state the following:

1. I am a member of the law firm of Rubin, Fiorella, Friedman & Mercante LLP, 630 Third Avenue, New York, New York 10017. I am submitting this affidavit in support of Samuel P. Blatchley's motion that I be admitted to the bar of the United States District Court for the District of Massachusetts *pro hac vice* as counsel for Petitioner, Stephen Shultz.

2. I was admitted to the bar of the States of New York and New Jersey in 1985. I am admitted to practice in the First, Second and Third Circuit Courts of Appeal, the Southern Eastern, Northern and Western Districts of New York; the District of New Jersey; the District of Connecticut, the Military Court of Appeals and the States of New York and New Jersey.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Robert J. Murphy and Samuel P. Blatchley and of the law firm Holbrook & Murphy will act as local counsel for Petitioner, Stephen Schultz.

Signed under the pains and penalties of perjury this 3rd day of January, 2020.

_____
James E. Mercante
Rubin, Fiorella, Friedman, & Mercante LLP
630 Third Avenue
New York, New York 10017
(212) 953-2381
1012.39575