**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT, | Civil Action No. 1:19-cv-12553 |
| - of - | |
| STEPHEN SCHULTZ, as Owner of the "SCHULTZ SEA", a 2018 32' Pursuit 325, for Exoneration from or Limitation of Liability, | |
| Petitioner. | |

---

### AFFIDAVIT OF JOSEPH R. FEDERICI IN SUPPORT OF
### MOTION TO ADMIT ATTORNEYS *PRO HAC VICE*

I, Joseph R. Federici, hereby depose and state the following:

1. I am an attorney with the law firm of Rubin, Fiorella, Friedman & Mercante LLP, 630 Third Avenue, New York, New York 10017. I am submitting this affidavit in support of Samuel P. Blatchley's motion that I be admitted to the bar of the United States District Court for the District of Massachusetts *pro hac vice* as counsel for Petitioner, Stephen Shultz.

2. I graduated from New York Law School in 2004. I am admitted to practice in the Southern, Eastern, and Western Districts of New York; the District of New Jersey, the District of Connecticut; and the States of New York and New Jersey.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4.    Robert J. Murphy and Samuel P. Blatchley and of the law firm Holbrook & Murphy will act as local counsel for Petitioner, Stephen Schultz.

Signed under the pains and penalties of perjury this 3rd day of January, 2020.

                                                        Joseph R. Federici
Rubin, Fiorella, Friedman, & Mercante LLP
630 Third Avenue
New York, New York 10017
(212) 953-2381
1012.39575